RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Michael Anthony Mata

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ANTONY MATA,<br><br>Defendant. | Case No. 2:22-mj-928-BNW<br><br>**JOINT STATUS REPORT AND STIPULATION TO CLOSE CASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Randolph J. St. Clair, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Michael Anthony Mata, that the remaining term of unsupervised probation be terminated, all property confiscated at the time of arrest be returned, and the above-captioned matter be closed.

This Stipulation is entered into for the following reasons:

1. On October 11, 2023, Mr. Mata entered into a Petty Offense Plea Agreement with the United States in which he agreed to plead guilty to Count One

of the Complaint, Operating a Motor Vehicle while Under the Influence of Alcohol in violation of 36 C.F.R. § 4.23(a)(1), a Class B misdemeanor. *See* ECF No. 19.

2. The parties agreed to recommend that Mr. Mata be sentenced to one year of unsupervised probation with the following special conditions: (i) pay a $500 fine and a mandatory $10 penalty assessment; (ii) attend and complete the Lower Court Counseling's DUI and Victim Impact Panel; (iii) complete an 8-hour Drug and Alcohol Awareness course and (iv) not violate any local, state, or federal laws for a period of six (6) months.

3. On October 11, 2023, this Court sentenced Mr. Mata pursuant to the parties' plea agreement.

4. Since commencing his term of unsupervised probation, Mr. Mata has successfully completed conditions (i), (ii), and (iv).

5. The parties have agreed to recommend the Court waive the completion of the 8-hour Drug and Alcohol Awareness course as a requirement for satisfaction of the plea agreement.

6. The parties agree to jointly move to allow Mr. Mata to withdraw his plea of guilty to Count 1- Operating a Motor Vehicle while Under the Influence of Alcohol in violation of 36 C.F.R. § 4.23(a)(1).

7. The government hereby moves, pursuant to the plea agreement to amend Count 1 of the Complaint to a charge of Reckless Driving, a violation of Title 36 C.F.R. § 4.2(b) and NRS 484B.653.

8. Mr. Mata herby pleads guilty to the amended Count 1 of the Complaint.

9. The parties jointly request that the original sentence be applied to the Reckless Driving conviction.

10. Considering Mr. Mata has successfully completed the above terms and conditions of his sentence, the parties jointly request that the remaining term of unsupervised probation be terminated, and the above-captioned matter be closed.

DATED this 24th day of April 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|   */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender |   */s/ Randolph J. St. Clair*<br>By_____<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL ANTHONY MATA,<br><br>   Defendant. | Case No. 2:22-mj-927-BNW<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Mata has successfully completed the terms and conditions of his sentence.

### ORDER

IT IS HEREBY ORDERED that the completion of the 8-hour Drug and Alcohol Awareness course is waived.

IT IS FURTHER ORDERED that Mr. Mata's request to withdraw his guilty plea to Operating a Motor Vehicle while Under the Influence of Alcohol is GRANTED.

IT IS FURTHER ORDERED that the government's request to amend Count One of the Complaint to a charge of Reckless Driving, a violation of 36 CFR § 4.2 and NRS 484B.653, a misdemeanor, is GRANTED.

IT IS FURTHER ORDERED that the Court accepts Mr. Mata's guilty plea to the amended Count 1 of the Complaint – Reckless Driving, a violation of 36 CFR § 4.2 and NRS 484B.653, a misdemeanor.

4

IT IS FURTHER ORDERED that the original sentence be applied to the amended Count 1 of the Complaint.

IT IS FURTHER ORDERED that because Mr. Mata has completed all terms and conditions of his sentence and unsupervised probation, this case be closed.

DATED this 26 day of April 2024.

_____
UNITED STATES MAGISTRATE JUDGE